IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01018-LTB

TODD ANTHONY AURIT, also known as
TODD A. AURIT,

    Plaintiff,

v.

JOHN W. SUTHERS, in his official capacity as Attorney General for the State of
    Colorado and in his individual capacity,
ANGEL MEDINA, in his official capacity as Inmate Service Director for the Colorado
    Department of Corrections and in his individual capacity,
GERALD MARRONEY, in his official capacity as Colorado State Court Administrator
    and in his individual capacity,
LAURIE MCKAGER, in her official capacity as 18[th] Judicial District Court
    Administrator and in her individual capacity,
LANCE INGALLS, in his official capacity as Douglas County Attorney and in his
    individual capacity,
CHERYL LAYNE, in her official capacity as Clerk of Court/Comptroller of the Currency
    for the County of Douglas and in her individual capacity and his [sic] individual
    capacity,
RICHARD CASCHETTE, in his official capacity as Douglas County Colorado District
    Judge and in his individual capacity,
PAUL KING, in his official capacity and [sic] his [sic] as Douglas County Colorado
    District Judge and in his individual capacity,
GEORGE BRAUCHER, in his official capacity as District Attorney for the 18th Judicial
    District of Colorado and in his individual capacity, [and]
ANY JOHN OR JANE DOE to be added at Plaintiff's discretion,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on May 27, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 27th day of May, 2014.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/K Lyons
    Deputy Clerk